NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: FINJAN, INC.,**
*Appellant*

---

2018-2354

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 90/013,660.

---

**JUDGMENT**

---

JAMES R. HANNAH, Kramer Levin Naftalis & Frankel LLP, Menlo Park, CA, argued for appellant. Also represented by PAUL J. ANDRE; JEFFREY PRICE, New York, NY.

MICHAEL S. FORMAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by THOMAS W. KRAUSE, JOSEPH MATAL, ROBERT MCBRIDE, COKE MORGAN STEWART.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and MOORE, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 6, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court